IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE
STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY, CIVIL ACTION

TIMOTHY CONDON,

      Plaintiff,

                                        **#12  012273**

vs.                                CASE NO.:

CAPITAL MANAGEMENT SERVICES,
L.P. and CMS GENERAL PARTNER
LLC,

      Defendants.
_____/

## STATEMENT OF CLAIM

      Plaintiff  Timothy Condon ("Condon") sues defendants Capital Management Services, LP
and CMS General Partner LLC for violations of the federal Telephone Consumer Protection Act
("TCPA"), 47 U.S.C. § 227, and the federal Fair Debt Collection Practices Act ("FDCPA"), 15
U.S.C. § 1692, et seq.

      1. This is an action for damages which do not exceed $500 in any single count.

      2. Defendant Capital Management Services, LP ("CMS LP") is a limited partnership
doing business in the state of Florida, with its principal place of business being located in
Buffalo, New York.

      3. Defendant CMS General Partner, LLC ("CMS General Partner") is a Delaware limited
liability company with its principal place of business located in Buffalo, New York.

      4. CMS LP and CMS General Partner are "debt collectors" as defined at 15 U.S.C., §
1692a(6), and are thereby subject to the provisions of the FDCPA; both are subject to the
jurisdiction of this court pursuant to § 48.193, Fla. Stat.

### COUNT I: TCPA VIOLATION BY CMS LP

      5. On or about April 7, 29012, CMS LP utilized an automatic telephone dialing system
and/or an artificial or prerecorded voice message in making an unauthorized call to Condon's
cellular telephone number at 813-251-2626 while engaged in debt collection activity, thereby
violating the TCPA at 47 U.S.C. § 227(b)(1)(A)(iii) and being liable for $500 in statutory
damages.

## COUNT II: TCPA LIABILITY OF CMS GENERAL PARTNER

6. As the general partner of the Capital Management Services Limited Partnership, CMS General Partner is vicariously liable for tortious actions taken in violation of the TCPA by CMS LP, in the amount of $500 in statutory damages.

## COUNT III: FDCPA

7. By violating the TCPA, CMS LP also violated the FDCPA at 15 U.S.C. § 1692f, and is thereby liable for statutory damages of $500.

## COUNT IV: FDCPA

8. As the general partner of the Capital Management Services Limited Partnership, CMS General Partner is vicariously liable for tortious actions taken in violation of the FDCPA by CMS LP, in the amount of $500. *Leblanc v. Unifund CCR Partners, et al.*, 601 F.3d 1185 (11th Cir. 2010).

WHEREFORE, plaintiff Timothy Condon demands judgment against defendants Capital Management Services, LP and CMS General Partner LLC for the following:

(a) Statutory damages of $500 under the TCPA against Capital Management Services, LP;

(b) Statutory damages of $500 under the TCPA against CMS General Partner LLC;

(c) Statutory damages of $500 under the FDCPA against Capital Management Service, LP;

(d) Statutory damages of $500 under the FDCPA against CMS General Partner, LLC;

(e) equitable relief under the TCPA to enjoin the defendants from further violations of the TCPA, and

(f) costs and attorneys' fees pursuant to the FDCPA.

/s/ Timothy Condon
TIMOTHY CONDON, ESQ. - FBN 217921
307 S. Fielding Ave., #2, Tampa, FL  33606
Telephone 813-251-2626 Fax 813-200-3395
Email: tim@timcondon.net
ATTORNEY FOR PLAINTIFF

# IN THE COUNTY COURT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
## CIVIL DIVISION

**CASE NO.** #12 012273

**DIVISION**

TIMOTHY CONDON,

Plaintiff(s)

vs

CAPITAL MANAGEMENT SERVICES,
L.P. and CMS GENERAL PARTNER
LLC,

Defendant(s)

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, 800 E. Twiggs St., Tampa, Florida, (813) 272-7040, within 2 working days of your receipt of this Notice to Appear For Pretrial Conference/Mediation if you are hearing or voice impaired, call 1-800-955-8771; if you are voice impaired, call 1-800-955-8770.

**TRUE COPY SERVED**
DATE: 5/10/12   TIME: 3:00pm

CERTIFIED / SHERIFF
BY:
PROCESS SERVER.
2nd. CIRCUIT

## NOTICE TO APPEAR FOR PRETRIAL CONFERENCE/MEDIATION
STATE OF FLORIDA NOTICE TO PLAINTIFF(S) AND DEFENDANT(S) (Name & address of Defendant(s) to be served)

CAPITAL MANAGEMENT SERVICES, L.P., CORPORATION SERVICE CO., Registered Agent, 1201 HAYS ST., TALLAHASSEE, FL 32301

**YOU ARE HEREBY NOTIFIED** that you are required to appear in person or by attorney at the George Edgecomb Courthouse in Courtroom # ____, located at 800 E. Twiggs St., Tampa, FL 33602 on the ____ day of JUN 2 1 2012, 20__ at 1:30 AM/PM for a PRETRIAL CONFERENCE.

THE COUNTY COURT DOES NOT PROVIDE INTERPRETERS OR TRANSLATORS, YOU ARE RESPONSIBLE FOR PROVIDING YOUR OWN INTERPRETERS OR TRANSLATORS.

LA CORTE DEL CONDADO NO PROVEE INTERPRETES O TRADUCTORES, USTED ES RESPONSABLE DE PROVEER SU PROPIO INTERPRETE O TRADUCTOR.

### IMPORTANT – READ CAREFULLY
*THE CASE WILL NOT BE TRIED AT THE PRETRIAL CONFERENCE BUT MAY BE MEDIATED AT THAT TIME.*
*DO NOT BRING WITNESSES – YOU MUST APPEAR IN PERSON OR BY ATTORNEY.*

**WHOEVER APPEARS FOR A PARTY MUST HAVE FULL AUTHORITY TO SETTLE FOR ALL AMOUNTS FROM ZERO TO THE AMOUNT OF THE CLAIM WITHOUT FURTHER CONSULTATION. FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS, INCLUDING COSTS, ATTORNEY FEES, ENTRY OF JUDGMENT, OR DISMISSAL.**

The Defendant(s) must appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the Court by the Plaintiff(s) or the Defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE/MEDIATION. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference/Mediation.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

### Mediation

Mediation may take place during the time scheduled for the pretrial conference. Mediation is a process whereby an impartial and neutral third person called a mediator acts to encourage and facilitate the resolution of a dispute between two or more parties, without prescribing what the resolution should be. It is an informal and non adversarial process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement.

In mediation, decision making rest with the parties. Negotiations in county court mediation are primarily conducted by the parties. counsel for each party may participate. However, presence of the counsel is not required. If a full agreement is not reached at mediation, the remaining issues of the case will be set for trial. Mediation communications are confidential and privileged except where disclosures are required or permitted by law.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution of levy.

RIGHT TO VENUE. The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

[1]     where the contract was entered into.
[2]     if the suit is on unsecured promissory note, where the note is signed or where the maker resides.
[3]     if the suit is to recover property or to foreclosure a lien, where the property is located.
[4]     where the event giving rise to the suit occurred.
[5]     where any one or more defendant(s) sued reside.
[6]     any location agreed to in a contract.
[7]     in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you as the Defendant(s) believe the Plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer or you must file a WRITTEN request for transfer, in affidavit form (sworn to under oath) **with the court 7 days prior to your first court date** and send a copy to the Plaintiff(s) or Plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.    MAY 7 2012

DATED ON _____, 20_____.

PAT FRANK LaRONDA JONES
As Clerk of the Court

By:_____
        As Deputy Clerk
    (813) 276-8100, ext. 4362

